_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                                                                   **CHAPTER 13 NO.:**

**TONY DEON SMITH**                                                                                                  **22-00107 - JAW**

**AGREED ORDER**

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 75) and the Debtor's Response (DK # 76); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall remit the sum of $2,935.00 to the Trustee on or before September 15, 2025, or this case may be dismissed without further notice or hearing.

THAT, the Debtor's post-petition mortgage payment arrears through August 2025 shall be paid on an altered basis over the remaining plan period, with the regular maintenance payments to commence with the September 1, 2025, payment.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this order and to complete within the remaining plan term.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditors opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known and file a certificate of service with the Court.

**##END OF ORDER##**

AGREED:

*/s/ Joshua C. Lawhorn*                                                                     */s/ Thomas C. Rollins, Jr.*
JOSHUA C. LAWHORN – MSB # 103902                                   THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                                           ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM