**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                 CHAPTER 13 NO.:

TONY DEON SMITH                                                                   22-00107 – JAW

## CERTIFICATE OF SERVICE

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Agreed Order* (DK # 79) in regards to the Trustee's Motion to Dismiss entered in the above styled and numbered case to the U.S. Trustee, the Debtor, Debtor's Attorneys by United States Mail, postage prepaid, or by ECF Filing Notifications, and Lakeview Loan Servicing, LLC by United States Mail, postage prepaid and that a copy of the subject Agreed Order has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3). That, said Agreed Order shall not become final for a period of 21 days from the date of entry of same giving all creditors opportunity to object to same.

      Dated: August 18, 2025

      Respectfully submitted,

      /s/ Harold J. Barkley, Jr.
      HAROLD J. BARKLEY, JR. – MSB #2008
      CHAPTER 13 TRUSTEE
      POST OFFICE BOX 4476
      JACKSON, MS 39296-4476
      PHONE: 601/362-6161 FAX: 601/362-8826
      E-MAIL: HJB@HBARKLEY13.COM