

SO ORDERED,

Jamie A. Wilson

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 18, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO.:

TONY DEON SMITH                                               22-00107 - JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 75) and the Debtor's Response (DK # 76); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall remit the sum of $2,935.00 to the Trustee on or before September 15, 2025, or this case may be dismissed without further notice or hearing.

THAT, the Debtor's post-petition mortgage payment arrears through August 2025 shall be paid on an altered basis over the remaining plan period, with the regular maintenance payments to commence with the September 1, 2025, payment.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this order and to complete within the remaining plan term.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditors opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known and file a certificate of service with the Court.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn                                         /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                              THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                          ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**EXHIBIT – CERTIFICATE OF SERVICE PARTIES NOTICED**
**TONY DEON SMITH – CASE NUMBER: 22-00107 – JAW**

Office of the US Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Jennifer A. Curry Calvillo
jennifer@therollinsfirm.com

Tony Deon Smith
PO Box 1373
Canton, MS 39046

Lakeview Loan Servicing, LLC
M&T Bank, Bankruptcy Department
PO Box 840
Buffalo, NY 14240-0810

Lakeview Loan Servicing, LLC
M&T Bank Bankruptcy Department
PO Box 1288
Buffalo, NY 14240-1288

Michael J. McCormick
Michael.McCormick@mccalla.com

Elizabeth Halsey Parrott
Elizabeth.Parrott@mccalla.com