**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                              **CHAPTER 13 NO.:**

**TONY DEON SMITH**                                                **22 – 00107 – JAW**

**CERTIFICATE OF SERVICE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Agreed Order* [DK #88] in regards to the Trustee's Motion to Dismiss and the Debtor's Response entered in the above styled and numbered case to the U. S. Trustee, the Debtor, Debtor's Attorneys by United States Mail, postage prepaid, or by ECF Filing Notification, and to Lakeview Loan Servicing, LLC and their attorney if known, by United States Mail, postage prepaid and that a copy of the subject Agreed Order has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3). That, said Agreed Order shall not become final for a period of 21 days from the date of entry of same giving all creditors opportunity to object to same.

Dated: February ____6____, 2026

                                                Respectfully submitted,

                                                /s/Harold J. Barkley, Jr.
                                                HAROLD J. BARKLEY, JR. – MSB #2008
                                                CHAPTER 13 TRUSTEE
                                                POST OFFICE BOX 4476
                                                JACKSON, MS 39296-4476
                                                PHONE:  601/362-6161
                                                FAX:  601/362-8826
                                                E-MAIL:  HJB@HBARKLEY13.COM