

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                    CHAPTER 13 NO.:

TONY DEON SMITH                                                                  22 – 00107 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #84] and the Debtor's Response [DK #85]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through January 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the February 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

**EXHIBIT – CERTIFICATE OF SERVICE – PARTIES NOTICED**
**TONY DEON SMITH – CHAPTER 13 NO. 22 – 00107 – JAW**

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tony Deon Smith
Post Office Box 1373
Canton, MS 39046

Lakeview Loan Servicing, LLC
M & T Bank
Bankruptcy Department
Post Office Box 840
Buffalo, NY  14240-0810

Hon. Michael J. McCormick
McCalla Raymer Leibert Pierce, LLC
Michael.mccormick@mccalla.com

Hon. Elizabeth Halsey Parrott
McCalla Raymer Leibert Pierce
Elizabeth.parrott@mccalla.com