United States Bankruptcy Court

Southern District of Mississippi

In re:

Tony Deon Smith

    Debtor

Case No. 22-00107-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: ntcdsm | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tony Deon Smith, P.O. Box 1373, Canton, MS 39046-1373 |
| 5070298 | + | AACE Personal Loans, 6800 Old Canton Rd, Ridgeland, MS 39157-1254 |
| 5070300 | + | Approved Cash, 124 W Center St, Canton, MS 39046-3735 |
| 5076068 | + | Campbell Credit, 3202 Service Dr, Pearl, MS 39208-3527 |
| 5070301 | + | Campcredit, Warehouse Avenue, Building 82, Hattiesburg, MS 39407-0001 |
| 5083684 | + | FCF OF PEARL DBA CAMPBELL CREDIT, CAMPBELL CREDIT, 3202 SERVICE DRIVE, PEARL MS 39208-3527 |
| 5070307 | + | Family Choice Financial, Inc., 1062 East Peace St, Canton, MS 39046-4004 |
| 5070311 | + | G.V. Sonny Montgomery, 1500 E Woodrow Wilson, Jackson, MS 39216-5199 |
| 5070314 | + | Mariner Finance, 88 Macarthur Drive, Alexandria, LA 71303-3674 |
| 5070317 | + | Moneyman, 1150 E Peace St, Canton, MS 39046-4900 |
| 5070321 | | Plain Green Loans, PO Box 270, Hays, MT 59527 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | May 12 2026 19:34:00 | First Heritage CREDIT C/O Heights Finance, P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| 5074994 | + | Email/Text: bnc@teampurpose.com | May 12 2026 19:33:00 | Advance America, Cash Advance Centers of MS,LLC, Cash Advance Centers, Inc., 135 N. Church Street, Spartanburg, SC 29306-9901 |
| 5070299 | + | Email/Text: bnc@teampurpose.com | May 12 2026 19:33:00 | Advanced America, 2914 US 80 Ste C, Pearl, MS 39208-3436 |
| 5070304 | | Email/Text: bankruptcy@creditfresh.com | May 12 2026 19:33:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5070302 | + | EDI: CAPITALONE.COM | May 12 2026 23:35:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5074220 | + | EDI: AIS.COM | May 12 2026 23:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5070303 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 12 2026 19:33:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5070305 | + | Email/Text: lendly.bankruptcy@account-servicing.com | May 12 2026 19:33:00 | Ccb/lendly, Po Box 9035, Dayton, OH 45409-9035 |
| 5070306 | + | EDI: WFNNB.COM | May 12 2026 23:35:00 | Comenitycapital/acadmy, Po Box 182120, Columbus, OH 43218-2120 |
| 5070310 | + | Email/Text: bankruptcy@fsnb.com | May 12 2026 19:34:00 | FSNB N.A., 511 Sw A Ave, Lawton, OK |

District/off: 0538-3   User: mssbad   Page 2 of 3
Date Rcvd: May 12, 2026   Form ID: ntcdsm   Total Noticed: 38

| Recip ID | | Contact | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 73501-3927 |
| 5070308 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2026 19:38:21 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5071225 | + | Email/Text: bankruptcy@curo.com | May 12 2026 19:34:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, c/o Heights Finance, P.O Box 1947, Greenville, SC 29602-1947 |
| 5091503 | | Email/Text: jefdun@gmail.com | May 12 2026 19:33:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5078542 | ^ | MEBN | May 12 2026 19:32:04 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5070312 | | Email/Text: camanagement@mtb.com | May 12 2026 19:33:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 5070318 | + | Email/Text: bankruptcy@mdes.ms.gov | May 12 2026 19:34:00 | MS Department of Employment Security, PO Box 1699, Jackson, MS 39215-1699 |
| 5070313 | + | Email/Text: bankruptcy@magfedcu.org | May 12 2026 19:34:00 | Magnolia Federal Credit Union, 240 Briarwood Dr, Jackson, MS 39206-3027 |
| 5080957 | + | Email/Text: bankruptcy@marinerfinance.com | May 12 2026 19:33:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 5070315 | + | Email/Text: mmrgbk@miramedrg.com | May 12 2026 19:33:00 | Miramed Revenue Group, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 5070319 | | EDI: MSDOR | May 12 2026 23:35:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5070316 | + | Email/Text: bankruptcy@moneykey.com | May 12 2026 19:33:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5070320 | + | Email/Text: netcreditbnc@enova.com | May 12 2026 19:34:00 | Netcredit/republic Ban, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 5091325 | | Email/Text: peritus@ebn.phinsolutions.com | May 12 2026 19:34:00 | Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 5088763 | | EDI: Q3G.COM | May 12 2026 23:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5090226 | + | Email/Text: bncmail@w-legal.com | May 12 2026 19:33:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5070322 | + | Email/Text: bk@worldacceptance.com | May 12 2026 19:33:00 | World Acceptance Corp, Po Box 6429, Greenville, SC 29606-6429 |
| 5079614 | + | Email/Text: bk@worldacceptance.com | May 12 2026 19:33:00 | World Finance, World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | M & T Bank |
| cr | *+ | Family Choice Financial, Inc., 1062 East Peace Street, Canton, MS 39046-4004 |
| 5070309 | ##+ | First Heritage Credit, 600 Crescent Blvd, Ridgeland, MS 39157-8645 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0538-3                         User: mssbad                              Page 3 of 3
Date Rcvd: May 12, 2026                      Form ID: ntcdsm                           Total Noticed: 38

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth Halsey Parrott | on behalf of Creditor M & T Bank Elizabeth.Parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Tony Deon Smith jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Michael J McCormick | on behalf of Creditor Lakeview Loan Servicing  LLC Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tony Deon Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  22−00107−JAW
Chapter:  13

In re:
Tony Deon Smith
aka Tony D Smith
P.O. Box 1373
Canton, MS 39046

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−6444

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on May 12, 2026.

Dated: 5/12/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600