United States Bankruptcy Court

Southern District of Mississippi

In re:                                                          Case No. 22-00107-JAW

Tony Deon Smith                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                              Page 1 of 2

Date Rcvd: May 12, 2026                  Form ID: pdf012                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID           Recipient Name and Address**
db              + Tony Deon Smith, P.O. Box 1373, Canton, MS 39046-1373

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name                    Email Address**

Elizabeth Halsey Parrott
    on behalf of Creditor M & T Bank Elizabeth.Parrott@mccalla.com  mccallaecf@ecf.courtdrive.com

Harold J. Barkley, Jr.
    on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
    hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo
    on behalf of Debtor Tony Deon Smith jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Michael J McCormick
    on behalf of Creditor Lakeview Loan Servicing  LLC Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

District/off: 0538-3                     User: mssbad                              Page 2 of 2
Date Rcvd: May 12, 2026                  Form ID: pdf012                        Total Noticed: 1

on behalf of Debtor Tony Deon Smith trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

_____

**SO ORDERED,**



*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    BANKRUPTCY NO.  22-00107-JAW
TONY DEON SMITH

### <u>ORDER OF DISMISSAL</u>

**THIS DAY,**  the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #93  ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerkof this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

### ##END OF ORDER##

SUBMITTED BY:

/s/ Harold J. Barkley, Jr._____
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone:  601-362-6161
e-mail:  hjb@hbarkley13.com